IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICKEY L. LAMBERT                                                                                    PLAINTIFF

v.                                         Case No. 1:24-cv-1039

DELEK U.S. HOLDINGS, INC.; JOHN
DOE 1; and JOHN DOE 2                                                                           DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Judge Bryant recommends that Defendant Delek U.S. Holdings, Inc.'s ("Delek") Motion to Dismiss (ECF No. 6) should be granted and that this matter be dismissed without prejudice because Plaintiff failed to properly serve Delek within the time required. Judge Bryant does not consider Delek's alternate basis for dismissal, which is Plaintiff's alleged failure to exhaust his administrative remedies for his claims under Title VII of the Civil Rights Act and the Arkansas Civil Rights Act.

Plaintiff filed a timely objection, arguing that Judge Bryant erroneously analyzes whether Plaintiff properly served Delek. ECF No. 22. Delek responded to Plaintiff's objection, contending that Judge Bryant is correct regarding Plaintiff's failure to serve and that the Court should also dismiss Plaintiff's claims with prejudice for failure to exhaust the required administrative remedies. ECF No. 23.

Upon de novo review, the Court hereby adopts Judge Bryant's R&R (ECF No. 20) in toto. Defendant Delek's Motion to Dimiss (ECF No. 6) is hereby **GRANTED**. Plaintiff's Complaint (ECF No. 3) is hereby **DISMISSED WITHOUT PREJUDICE** for failure to timely serve.

**IT IS SO ORDERED**, this 19th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge